IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HASAN BAYADI, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00575 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD CLARKE, *et al.*, | ) | By: Robert S. Ballou |
|     Defendants. | ) | United States Magistrate Judge |

Pursuant this court's Standing Order No. 2013-6, defendants are hereby **DIRECTED** to file a motion for summary judgment supported by affidavits in the above referenced matter within thirty days of the entry of this order.

The Clerk of the Court is directed to copies of this Order to the parties.

    Enter: June 29, 2016

    /s/ Robert S. Ballou

    Robert S. Ballou
    United States Magistrate Judge