IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HASAN BAYADI, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00575 |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| HAROLD CLARKE, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motion for summary judgment (Docket No. 34) is **GRANTED** and the Clerk shall **STRIKE** this matter from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 17th day of February, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE